# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00302-CR

**Elvis Josue Molina-Garcia, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 167TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-DC-24-205417, THE HONORABLE DAYNA BLAZEY, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant's counsel has moved for an abatement of this appeal so that she may obtain Appellant's signature on a motion to voluntarily dismiss this appeal. *See* Tex. R. App. P. 42.2(a). We grant the motion, abate this appeal, and order Appellant's counsel either to file a proper motion to dismiss the appeal or a status report explaining why the motion to dismiss has not been filed. *See Campbell v. State*, Nos. 03-11-00658-CR, 03-11-00659-CR, 2013 WL 6805585, at *1 (Tex. App.—Austin May 10, 2013, no pet.) (per curiam) (mem. op., not designated for publication). Counsel's motion or status report is due by 30 days from the date of this order.

It is ordered on August 29, 2025.

Before Justices Triana, Kelly, and Theofanis

Abated

Filed:   August 29, 2025

Do Not Publish